### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. *5: 14-cr-5-CAR* |
| v. | : | |
| | : | VIOLATIONS: 18 U.S.C. § 1542 |
| ELIZABETH PENALABRADA | : | 18 U.S.C. § 2 |
| | : | |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### (FALSE STATEMENTS IN APPLICATION FOR PASSPORT)

On or about March 5, 2013, in the Macon Division of the Middle District of Georgia, the

Defendants,

#### ELIZABETH PENALABRADA

willfully and knowingly made false statements in an application for a passport with intent to

induce and secure for her own use and the use of another, namely a minor child, C.N.P., the

issuance of a passport under the authority of the United States, contrary to the laws regulating the

issuance of such passports and the rules prescribed pursuant to such laws, in that in such

application for a passport, the defendant stated that Jose Penalabrada was the father of said minor

child and that in fact the said minor child's name was accurate as stated on the application when

in fact the minor child's surname and the identity of the father were false and fraudulent,

statements which she knew to be false.

All in violation of Title 18, United States Code, Section 1542 and Section 2.

A TRUE BILL.

_____
S/FOREPERSON OF THE GRAND JURY

MICHAEL J. MOORE
UNITED STATES ATTORNEY

Presented by:

_____
VERDA M. COLVIN
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this _11th_ day of February, A.D. 2014.

_____
Deputy Clerk

2